AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerber, Robert E. | 2. Court or Organization<br><br>US Bankruptcy Court SDNY | 3. Date of Report<br><br>11/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge - Recalled | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Alexander Hamilton U.S. Custom House
One Bowling Green Ste 528
New York, NY 10004-1408

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American College of Bankruptcy |
| 2. | Director | American Bankruptcy Institute |
| 3. | Member of Board of Governors | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Matthew Bender & Co. (LexisNexis), compensation for chapters written as contributing author to Collier on Bankruptcy | $2,640.00 |
| 2. | 2014 | Columbia Law School - Teaching | $6,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed writer |
| 2. | 2014 | The Pantry, New Preston CT. Part-time sales staff. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Pennsylvania Law School | 1/31/14-2/2/14 | Philadelphia, PA | Speaker at Program | Transportation, Lodging, Food |
| 2. | American College of Bankruptcy | 3/13/14-3/15/14 | Washington DC | Meeting and Board Meeting | Transportation, Lodging, Food |
| 3. | National Conference of Bankruptcy Judges | 4/7/14-4/8/14 | Kansas City, MO | Board Meeting | Transportation, Lodging, Food |
| 4. | American Bankruptcy Institute | 4/23/14-4/27/14 | Washington, DC | Board and Committee Meetings,Speaker at Program | Tranportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

| | | | | |
|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 7/17/14-7/20/143 | Stowe, VT | Speaker at Program | Transportation, Lodging, Food |
| 6. | Midwest Regional Bankruptcy Seminar | 8/10/14-8/22/14 | Cincinnati, OH | Speaker at Program | Transportation, Lodging, Food |
| 7. | National Association of Attorneys General | 9/15/14-9/17/14 | Providence, RI | Speaker at Program | Transportation, Lodging, Food |
| 8. | Turnaround Management Association | 9/29/14-10/1/14 | Toronto, Ontario | Speaker at Program | Transportation, Lodging, Food |
| 9. | National Conference of Bankruptcy Judges | 10/7/14-10/11/14 | Chicago, IL | Board Meeting, Coordinating Speakers at Program | Transportation, Lodging, Food |
| 10. | Georgetown Law School | 10/23/14-10/24/14 | Washington, DC | Speaker at Program | Transportation, Lodging, Food |
| 11. | American Bankruptcy Institute | 12/4/14-12/6/14 | La Quinta, CA | Board and Committee Meetings, Speaker at Program | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual Life | Policy Loans | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IN BROKERAGE ACCT #1 (Fidelity Investments): | | | | | | | | | |
| 2. - Columbia Acorn Fund Mutual Fund Shares | E | Dividend | M | T | Donated (part) | | | | |
| 3. - NY State Thruway 5.0%, 2019, Muni Bonds | C | Interest | L | T | | | | | |
| 4. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | L | T | | | | | |
| 5. - Vanguard Limited Term Tax Exempt Fund Mutual Fund Shares | A | Dividend | K | T | | | | | |
| 6. - Fidelity Contrafund Mut Fund Shares | B | Dividend | K | T | | | | | |
| 7. - Baron Growth Fund Mut Fund Shares | C | Dividend | L | T | | | | | |
| 8. - BlackRock Equity Dividend Fund Institut Mut Fund Shares | A | Dividend | | | Sold | 03/12/14 | K | D | Not Applicable |
| 9. - BBH Core Select Fund Class N Mut Fund Shares | B | Dividend | L | T | | | | | |
| 10. - S&P 500 Depository Receipts ("SPDRs") | A | Dividend | K | T | | | | | |
| 11. - Baron Growth Fund Instut. Class. Mut Fund Shs | A | Dividend | K | T | Buy | 03/12/14 | K | | Not Applicable |
| 12. - Fidelity Low Price Stock Fund Mut Fund Shs | A | Dividend | K | T | Buy | 03/12/14 | K | | Not Applicable |
| 13. IN BROKERAGE ACCT #2 (Fidelity Investments): | | | | | | | | | |
| 14. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | M | T | | | | | |
| 15. - Vanguard Limited Term Tax Exempt Mutual Fund | A | Dividend | J | T | | | | | |
| 16. - Deutsche Intermed Term Tax Free Instut Class Mut Fund Shares | A | Dividend | M | T | Buy | 09/23/14 | M | | Not Applicable |
| 17. ROLLOVER IRA #1, FIDELITY INVESTMENTS | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 19. - Tweedy Browne Global Value Fund Mut Fund Shs | | | | | | | | | |
| 20. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 21. - Ivy Asset Strategy Fund Cl 1 Mut Fund Shs | | | | | Sold (part) | 10/15/14 | L | E | Not Applicable |
| 22. - Morgan Stanley Global Long/Short Fund Mut Fund Shs | | | | | | | | | |
| 23. - BlackRock Global Allocation Fund Institut Mut Fund Shs | | | | | Sold (part) | 10/15/14 | J | E | Not Applicable |
| 24. - Pimco Total Return Fund Instut Mut Fund Shs | | | | | | | | | |
| 25. - BBH Core Select Fund Class N Mut Fund Shares | | | | | | | | | |
| 26. - JP Morgan Large Cap Growth Sel Class Mut Fund Shs | | | | | | | | | |
| 27. - Fidelity Low Price Stock Mut Fund Shs | | | | | Buy (add'l) | 03/12/14 | K | | Not Applicable |
| 28. - Vanguard Ltd Term Tax Exempt Fund Mut Fund Shs | | | | | | | | | |
| 29. - S&P 500 Depository Receipts ("SPDRs") | | | | | | | | | |
| 30. - Fidelity Spartan Mkt Index Advantage (FSTVX) Mut Fund Shares | | | | | | | | | |
| 31. - Fidelity Spartan 500 Index Advantage (FUSVX) Mut Fund Shs | | | | | Buy | 10/15/14 | L | | Not Applicalbe |
| 32. - Same | | | | | Sold (part) | 12/09/14 | J | A | Not Applicable |
| 33. - Baron Growth Fund Instut Class Mut Fund Shs | | | | | Buy | 03/12/14 | K | | Not Applicable |
| 34. - BlackRock Strategic Muni Opportunities Fund Mut Fund Shs | | | | | Buy | 05/22/14 | L | | Not Applicable |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - BlackRock Equity Dividend Fund-Institut Mut Fund Shs | | | | | Sold | 03/12/14 | L | E | Not Applicable |
| 36. - Deutche Intermed Tax Free Institut Mut Fund Shs | | | | | Buy | 11/06/14 | L | | Not Applicable |
| 37. IRA (#1), FIDELITY INVESTMENTS | A | Dividend | L | T | | | | | |
| 38. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 39. - Fidelity Low Price Stock Fund Mutual Fund Shares | | | | | | | | | |
| 40. - Deutsche Intermed Tax Free Mut Fund Shs | | | | | Buy | 09/09/14 | L | | Not Applicable |
| 41. IRA (#2), FIDELITY INVESTMENTS | C | Dividend | L | T | | | | | |
| 42. - Tweedy Browne Global Value Fund Mut Fund Shares | | | | | | | | | |
| 43. - Baron Growth Mut Fund Shares | | | | | | | | | |
| 44. - Fidelity Contrafund Mut Fund Shares | | | | | | | | | |
| 45. - Fidelity Cash Reserves Money Mkt Mut Fund Shares | | | | | | | | | |
| 46. IN BROKERAGE ACCOUNT #3 (Fidelity Investments) | | | | | | | | | |
| 47. - Fidelity Spartan 500 Index Advantage (FUSVX) Mut Fund Shs | A | Dividend | L | T | | | | | |
| 48. - Baron Growth Mutual Fund Shares | A | Dividend | J | T | | | | | |
| 49. - Fidelity Municipal Money Mkt Mut Fund Shares | A | Dividend | J | T | | | | | |
| 50. - Vanguard Limited Term Tax Exempt Mut Fund Shs | A | Dividend | J | T | | | | | |
| 51. LIMITED PARTNERSHIP INTERESTS: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Broadway 72 Assocs, Ltd Partnership Interest | E | Distribution | J | U | | | | | |
| 53. -FFHS&K Investment Assocs. 1983-I, Ltd Partnership Interest | | None | J | U | | | | | |
| 54. ROLLOVER IRA #2, FIDELITY INVESTMENTS | F | Int./Div. | P1 | T | | | | | |
| 55. - Fidelity Cash Reserves Money Market Mut Fund Shares | | | | | | | | | |
| 56. - Fidelity Contrafund Mut Fund Shares | | | | | Sold (part) | 08/28/14 | J | B | Not Applicable |
| 57. - Blackrock Global Allocat Fund-Institut'l Mut Fund Shares | | | | | Sold (part) | 10/15/14 | N | E | Not Applicable |
| 58. - Ivy Asset Strategy Fund Class 1 Mut Fund Shares | | | | | Sold (part) | 10/15/14 | M | E | Not Applicable |
| 59. - BBH Core Select Fund Class N Mut Fund Shares | | | | | | | | | |
| 60. - Fidelity Low Price Stock Mut Fund Shares | | | | | | | | | |
| 61. - Fidelity Spartan Total Market Index FSTVX) | | | | | | | | | |
| 62. - Standard & Poors 500 Depository Receipts ("SPDRs") | | | | | | | | | |
| 63. - BlackRock Strategic Muni Opportunities Fund Mut Fund Shs | | | | | Buy | 05/22/14 | M | | Not Applicable |
| 64. - Fidelity Sptn 500 Index Advantage (FUSVX) Mut Fund Shs | | | | | Buy | 10/15/14 | M | | Not Applicable |
| 65. 529 PLAN, FIDELITY INVESTMENTS | | None | M | T | | | | | |
| 66. - Fidelity UNIQUE 2015 Portfolio | | | | | | | | | |
| 67. INSURANCE POLICIES | | | | | | | | | |
| 68. - Northwestern Mutual Whole Life Policy #1 | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerber, Robert E. | 11/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Northwestern Mutual Whole Life Policy #2 | C | Dividend | L | T | | | | | |
| 70.  - Northwestern Mutual Whole Life Policy #3 | C | Dividend | L | T | | | | | |
| 71.  - Northwestern Mutual Whole Life Policy #4 | C | Dividend | L | T | | | | | |
| 72.  - Northwestern Mutual Whole Life Policy #5 | B | Dividend | K | T | | | | | |
| 73.  ROLLOVER IRA #3 (Morgan Stanley Smith Barney) | E | Interest | N | T | | | | | |
| 74.  - Dreyfus Money Mkt Govt Secur Series Mut Fund Shares | | | | | Sold | 12/31/14 | J | | Not Applicable |
| 75.  - WI Clean Water 4.391% 2019 Muni Bonds | | | | | | | | | |
| 76.  - NY Environmental Facilities 4.469% 2019 Muni Bonds | | | | | | | | | |
| 77.  - NY City NY 4.899% 2020 Muni Bonds | | | | | | | | | |
| 78.  - Timpanogos UT 4.69% 2018 Muni Bonds | | | | | | | | | |
| 79.  - San Luis Obispo Cnty CA 7.45% 2019 Muni Bonds | | | | | | | | | |
| 80.  - Brazoria Cnty TX 4.594% 2019 Muni Bonds | | | | | | | | | |
| 81.  - FL St Board of Ed 4.941% 2018 Muni Bonds | | | | | | | | | |
| 82.  - Kauai Cnty HI 4.556% 2021 Muni Bonds | | | | | | | | | |
| 83.  - Dallas TX 4.489% 2020 Muni Bonds | | | | | | | | | |
| 84.  - Anchorage AK 4.518% 2020 Muni Bonds | | | | | | | | | |
| 85.  - Los Angeles CA 4.53% 2022 Muni Bonds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Robert E. | 11/27/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - New Mexico Finance Auth 3.4% Muni Bonds | | | | | Buy | 05/22/14 | K | | Not Applicable |
| 87.  - Morgan Stanley Liquid Asset Fund | | | | | Buy | 12/31/14 | J | | Not Applicable |
| 88.  - NH Highway 4.334% 2022 Muni Bonds | | | | | | | | | |
| 89.  - King & Snohomish Counties WA 4.821% Muni Bonds | | | | | | | | | |
| 90. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The dividends shown for mutual funds, as in the past, include capital gains dividends.

As in the past, routine deposits or withdrawals (i.e., purchases or sales) of money market funds have not been deemed to be reportable transactions, and have not been shown, but again as in the past, the income from the money market funds during the Reporting Period has been shown. However, when I have made final sales, and initial purchases, of such money market funds, I have shown such final sales, and initial purchases, as reportable "Sell" and "Buy" transactions. Transactions involving the reinvestment of mutual fund dividends and capital gains distributions are not shown as reportable transactions; however, the income from them is shown.

In 2006 and prior years, in the case of the whole life insurance policies shown on Lines #70 through #74 of this report, the "Income" shown had been the increase in cash value in each policy. In 2007, I began to apply dividends on the policies to reduce policy loans, and since then the increase in cash value is no longer the same as the dividend on each policy. As in my reports for 2007 and thereafter, the "Income" shown is the dividend on each policy, and not the cash value increase, as the former is a better indication of the income on each policy. The value shown for each policy is its net cash value, after subtracting outstanding loans from the gross cash value.

Twelve equal monthly purchases of less than $1,000 each were made of shares of the Fidelity UNIQUE 2015 Portfolio in the 529 Plan. They are not individually shown, since investments that do not exceed $1,000 are not to be individually reported. The aggregate value of the plan at the end of the year, which is to be reported, reflects those purchases, and investment results with respect to them.

The limited partnership shown on line #52 made material distributions to me in 2014. It is obvious that an investment that could generate distributions at the "E" level has more than minimal value. But it is not publicly traded or otherwise valued, and, as in past years, only the book value of that investment is known. Thus the "J" Code, based on that book value, continues to be shown for 2014.

On 12/31/14, the money market account serving as the cash account for Rollover #3, at Morgan Stanley Smith Barney, was converted from Dreyfus Liquid Assets to the Morgan Stanley Liquid Asset Fund. Because the software has no obvious way for treating such a transaction, I deemed it to be a sale of Dreyfus Liquid Asset Fund and a purchase of Morgan Stanley Liquid Asset Fund.

For ease of entry, and review, account name headers appear for accounts that are not aggregate ownership accounts.

Re first comment paragraph in Comment Letter, addressing Part VII, line 35: The BlackRock Equity Dividend Fund-Inst Mut Fund Shs reported as sold (on 3/12/2014) from Rollover IRA #1 were inadvertently omitted from the reports for 2013 and 2012, where they would have been listed as holdings in Rollover IRA #1 (an aggregate account, so income and value would not have been shown) but with no reportable transactions. Those shares were acquired on 6/1/2011 in a non-private transaction at the same L level at which they were sold. The purchase was omitted in the report for 2011 as well, apparently either because it was confused with a similar purchase of that same security on the same date in Brokerage Acct. #1 (which was reported) or because it was confused with a purchase of BlackRock Global Allocat Fun-Inst Mut Fund Shs in that same account (which also was reported).

Re second comment paragraph in Comment Letter, addressing Part VII, line 50: Column C has now been completed, and shows a Value at the J level and a Value Method Code of T.

Re third comment paragraph in Comment Letter, addressing Part VII, lines 65, 96 and 97 of the prior report for 2013 (though Reviewer probably meant lines 64, 95, and 96, respectively): The Pimco Total Return Fund-Institutional Mut Fund Shares shown on line 64 were properly omitted in the report for 2014. But a sale of those shares was inadvertently omitted from the report for 2013. Those shares were sold on 6/13/2013 in a transaction at the L level in a non-private transaction; because the sale was at a loss, the Gain Code would have been left blank. The sale was apparently omitted because it was confused with a similar sale of the same security on the same date in Brokerage Acct. #1 (which was reported). The NH Highway 4.334% 2022 Muni Bonds shown on line 95 of the report for 2013 and the King & Snohomish Counties WA 4.821% 2022 Muni Bonds shown on line 96 of the report for 2013 were still held at the end of 2014, and inadvertently were dropped in the preparation of the report for 2014. They have been added at the end of Part VII, so as not to change the numbering for the transactions previously listed.

Re fourth comment paragraph in Comment Letter, addressing Part VII lines 38, 88 and 91 of the prior report for 2013 (though Reviewer probably meant lines 37, 87, and 90-92, respectively): The securities listed on these lines, having been sold in their entirety in 2013, were inadvertently still included in the report for 2014, and should be deemed to be deleted in the report for 2014. They have not been physically deleted in this amended report, however, so as not to change the numbering for the other transactions listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544